UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMES SNIPES,
    a/k/a "80 Mese,"

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2019

17 Cr. 611-11 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the sentencing scheduled for July 25, 2019, at 12:00 p.m. is RESCHEDULED to **July 25, 2019**, at **12:20 p.m.**

    SO ORDERED.

Dated: July 18, 2019
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge