March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jamese Snipes

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

17 -CR- 611 ( )( )

Defendant  Jameses Snipes  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jamese Snipes
Print Defendant's Name

_____
Defense Counsel's Signature

DAVID Touger
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/5/20
Date

Stewart D. Aaron
U.S. Magistrate Judge