USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

Request GRANTED.
SO ORDERED.
Dated: 11/10/2020

*Stewart D. Aaron*

BY Email and ECF

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. James Snipes, 17 Cr. 611 (AT)

Dear Judge Aaron:

On November 5, 2020 Mr. Snipes appeared before your Honor for a bail hearing on his VOSR.  The Court ordered at that time that counsel submit a letter to the Court with the date, time and place of Mr. Snipes' father's funeral so that Mr. Snipes could be released from custody to attend the funeral.  The funeral for Mr. Snipes' father, David Snipes will be held Friday, November 13th at 11:00AM at the Islamic International Funeral Services located at 409 42nd Street, Brooklyn, New York 11232.  Accordingly, **counsel respectfully requests that the Court issue an Order releasing Mr. Snipes from custody on Friday, November 13th at 7:00AM until Saturday, November 14th at 10:00AM so he can be with his family during this time of bereavement**.

Thank you very much for your consideration of this matter and the understanding the Court has shown Mr. Snipes during this most grief stricken time period.

Respectfully submitted,

*David Touger*

David Touger, Esq.