```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

James Snipes        Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

17-CR-611 (11)(AT)

Defendant James Snipes hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

XX Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**James Snipes**
Print Defendant's Name

_____
Defense Counsel's Signature

**David Touger**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/9/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge