```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMES SNIPES,
    a/k/a "80 Mese,"

                      Defendant.

17 Cr. 611-11 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The evidentiary hearing scheduled for October 21, 2021, is RESCHEDULED to a conference on the violation of supervised release on **October 18, 2021**, at **2:00 p.m.**, using the Court's videoconferencing software.  *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827.  All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    SO ORDERED.

Dated: October 7, 2021
       New York, New York

                                                    ANALISA TORRES
                                              United States District Judge