```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/19/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMES SNIPES,
    a/k/a "80 Mese,"

                      Defendant.

17 Cr. 611-11 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 18, 2021, the Defendant in the above captioned case was sentenced to a term of imprisonment of **time served**, to be followed by a term of supervised release ending on **July 25, 2022**. ECF. 769. Accordingly, Mr. Snipes' term of imprisonment concluded on **October 18, 2021**, and, therefore, he is to be released subject to any detainers or other custodial sentences.

    SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge