UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

James Snipes,

        Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

17-CR- 611 (AT)

Defendant  James Snipes  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

✓ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

James Snipes
Print Defendant's Name

_____
Defense Counsel's Signature

David Touger
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

October 18, 2021
_____
Date

_____
ANALISA TORRES
United States District Judge